IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, and the STATE OF MONTANA**
*ex rel* **ROBERT WATINE, M.D.,**

  **Plaintiffs,**

v.            Case No. 1:09cv137-SPM

**CYPRESS HEALTH SYSTEMS FLORIDA, INC.
AND CYPRESS HEALTH SYSTEMS, L.L.C.**

  **Defendants.**

_____

**ORDER WITH RESPECT TO THE UNITED
STATES' DECISION NOT TO INTERVENE**

The United States having elected not to intervene in this action, at this time, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendant by the relator;

2. The seal be lifted as to all other matters occurring in this action after the date of this Order;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. All orders of this Court will be sent to the United States; and that

5. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 2nd day of August, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge