IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
the STATE OF FLORIDA,
and STATE OF MONTANA,
ex rel. ROBERT WATINE, M.D.,

    Plaintiffs,

v.                                   CASE NO. 1:09-cv-00137-SPM-GRJ

CYPRESS HEALTH SYSTEMS FLORIDA, INC.,
and CYPRESS HEALTH SYSTEMS, L.L.C.,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Defendant Cypress Health Systems, L.L.C.'s Unopposed Motion For Enlargement Of Time. (Doc. 18.) Defendant Cypress Health Systems, L.L.C. ("Cypress Health LLC") requests a ten day extension of time up to and including December 16, 2010 to respond to Plaintiffs' Complaint. (Doc. 1.) Pursuant to Local Rule 7.1(B) Defendant Cypress Health LLC represents that Plaintiffs' counsel has been contacted and does not object to the requested extension.

Upon due consideration, Defendant Cypress Health LLC's Unopposed Motion For Enlargement Of Time (Doc. 18) is **GRANTED**. Defendant Cypress Health Systems, L.L.C. shall file its response to Plaintiffs' Complaint on or before **December 16, 2010.**

**IT IS SO ORDERED**.

**DONE AND ORDERED** this 6th day of December, 2010.

                                          *s/ Gary R. Jones*
                                          GARY R. JONES
                                          United States Magistrate Judge