IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
the STATE OF FLORIDA,
and STATE OF MONTANA,
ex rel. ROBERT WATINE, M.D.,

    Plaintiffs,

v.                                CASE NO. 1:09-cv-00137-SPM-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., and CYPRESS
HEALTH SYSTEMS, L.L.C.,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Defendant Cypress Health Systems Florida, Inc.'s Unopposed Motion For Enlargement Of Time. (Doc. 20.) Defendant Cypress Health Systems Florida, Inc. requests an extension of time up to and including January 10, 2011 to respond to Plaintiffs' Complaint. Pursuant to Local Rule 7.1(B) Defendant represents that Plaintiffs and Defendant Cypress Health Systems, L.L.C. do not object to the requested extension.

Upon due consideration, Defendant Cypress Health Systems Florida, Inc.'s Unopposed Motion For Enlargement Of Time (Doc. 20) is **GRANTED**. Defendant Cypress Health Systems Florida, Inc. shall file its response to Plaintiffs' Complaint on or before **January 10, 2011.**

**DONE AND ORDERED** this 15th day of December, 2010.

                                      *s/ Gary R. Jones*
                                      GARY R. JONES
                                      United States Magistrate Judge