IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, and the STATE OF
MONTANA, *ex rel* ROBERT WATINE, M.D.,

      Plaintiffs,

v.                                      CASE NO.: 1:09cv137-SPM

CYPRESS HEALTH SYSTEMS FLORIDA,
INC. and CYPRESS HEALTH SYSTEMS,
L.L.C.,

      Defendants.
_____/

## ORDER ENLARGING TIME TO RESPOND TO COMPLAINT

Upon consideration, Defendant Cypress Health Systems Florida, Inc.'s Unopposed Motion for Enlargement of Time (doc. 20) is granted. Cypress Health Systems Florida, Inc. shall have up to and including January 10, 2011, to respond to the complaint.

SO ORDERED this 15th day of December, 2010.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              Chief United States District Judge