**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA, the
STATE OF FLORIDA, and STATE OF
MONTANA, *ex rel.*, ROBERT WATINE,
M.D.,

                                Case No.: 1:09CV137-SPM

    Plaintiff,

v.

CYPRESS HEALTH SYSTEMS FLORIDA,
INC., and CYPRESS HEALTH SYSTEMS,
L.L.C.,

    Defendants.

_____/

## AFFIDAVIT OF TONY PFAFF IN SUPPORT OF THE MOTION TO DISMISS COMPLAINT AGAINST CYPRESS WYOMING

**BEFORE ME,** the undersigned, on officer duly authorized to administer oaths and take acknowledgements under the laws of the state of Montana, personally appeared Tony Pfaff, who, after being duly sworn, deposes and states that:

1. I have personal knowledge of the facts set forth in this Affidavit.

2. At all relevant times I was a Member of Cypress Health Systems, L.L.C., ("Cypress Wyoming").

3. At all relevant times, Cypress Wyoming was a Wyoming limited liability company, authorized to do business in Montana.

1

4.   I am familiar with the business records normally maintained by the Cypress Wyoming in its regular course of business, including, but not limited to, the operation of a hospital in Deer Lodge, Montana.

5.   Robert Watine never worked at the hospital operated by Cypress Wyoming, nor was Watine ever employed by Cypress Wyoming.

6.   Cypress Wyoming and Cypress Health Systems Florida, Inc. (the "Cypress Florida") are two separate and distinct legal entities with different officers, directors, managers, state licenses, and facilities.

7.   Cypress Wyoming is not affiliated with, nor has any interest in, the Cypress Florida or Nature Coast Regional Hospital.

8.   Cypress Wyoming does not have minimum contacts with Florida.

9.   Cypress Wyoming's members do not reside in Florida.

10.   Cypress Wyoming has no business offices, employees, assets, or business dealings in Florida.

11.   At all relevant times, Cypress Wyoming was only licensed to operate medical facilities and collect funds from federal agencies in Montana, North Dakota, Oklahoma and Louisiana.

12.   Cypress Wyoming could not reasonably expect to be sued in Florida, and has not purposely availed itself of the resources of Florida.

13.   At all relevant times, Cypress Wyoming only conducted business in Montana, North Dakota, Oklahoma, and Louisiana.

14.   Cypress Wyoming did not operate, conduct, engage in, or carry on a business or business venture in Florida or have an office or agency in Florida.

15.   Cypress Wyoming did not engage in substantial and not isolated activity within this state.

16.   At all relevant times, Cypress Wyoming did not reside in Florida.

17.   Cypress Wyoming retained the legal counsel of Holsonback & Harang, P.A., with regard to the above-styled case, and is obligated to pay them a reasonable attorneys' fee.

**FURTHER AFFIANT SAYETH NOT.**

Tony Pfaff
"Affiant"

**STATE OF MONTANA**
**COUNTY OF POWELL**

3

**BEFORE ME**, the undersigned authority, a Notary Public authorized to take acknowledgments and administer oaths, on this 20̲ᵗʰ day of December, 2010, personally appeared Tony Pfaff, who is personally known to me or provided _____ as identification, and who did take an oath and stated that the facts contained in this Affidavit are true and correct and based upon his personal knowledge of said facts.

_____
Notary Public, State of Montana

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the Affidavit of Tony Pfaff in Support of the Motion to Dismiss Complaint has been furnished this 20ᵗʰ day of December, 2010, via U.S. Mail, to Atlee W. Wampler III, Esquire, Wampler Buchanan Walker Chabrow Banciella & Stanley, P.A., 9350 South Dixie Highway, Suite 1500, Miami, Florida 33156, attorneys for Plaintiff, and Jack Fernandez, Esquire, Zuckerman Spaeder, LLP, 101 East Kennedy Blvd., Suite 1200, Tampa, Florida 33602, attorneys for co-Defendant.

_____
Lee Harang, Esquire
Florida Bar No.: 20943
Lharang@holsonbacklaw.com
Holsonback & Harang, P.A.
400 North Ashley Drive
Suite 1500
Tampa, Florida 33602
(813) 229-9119

4

5

(813) 221-8396 (fax)
Attorneys for Cypress Health
Systems, L.L.C.

Jph/Cypress.watine/aff.001

5