IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
the STATE OF FLORIDA,
and STATE OF MONTANA,
ex rel. ROBERT WATINE, M.D.,

    Plaintiffs,

v.                                CASE NO. 1:09-cv-00137-SPM-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., and CYPRESS
HEALTH SYSTEMS, L.L.C.,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Plaintiff Robert Watine, M.D.'s Unopposed Motion For Enlargement Of Time To Serve Response Memorandum To Cypress Health Systems, L.L.C.'s Motion To Dismiss Complaint. (Doc. 28.) Plaintiff Robert Watine, M.D. requests an extension of time up to and including January 14, 2011 to respond to Defendant Cypress Health Systems, L.L.C.'s Motion To Dismiss Complaint. (Doc. 26.) Pursuant to Local Rule 7.1(B) counsel for Plaintiff represents that Defendants do not object to the requested extension.

Accordingly, it is **ORDERED**:

Plaintiff Robert Watine, M.D.'s Unopposed Motion For Enlargement Of Time To Serve Response Memorandum To Cypress Health Systems, L.L.C.'s Motion To Dismiss Complaint (Doc. 28) is **GRANTED**. Plaintiff Robert Watine, M.D. shall file his

response to Cypress Health Systems, L.L.C.'s Motion To Dismiss Complaint (Doc. 26) by **January 14, 2011.**

**DONE AND ORDERED** this 22nd day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge