IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
the STATE OF FLORIDA,
and STATE OF MONTANA,
ex rel. ROBERT WATINE, M.D.,

    Plaintiffs,

v.                                               CASE NO. 1:09-cv-00137-SPM-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., and CYPRESS
HEALTH SYSTEMS, L.L.C.,

    Defendants.
_____ /

## O R D E R

Pending before the Court is Defendant Cypress Health Systems Florida, Inc.'s Unopposed Motion To Seal Exhibits One (1) And Two (2) Of Relator's Complaint. (Doc. 32.) Defendant Cypress Health Systems Florida, Inc. ("Cypress Florida") requests the Court to enter an order placing Exhibits 1 and 2 to the Complaint (Doc. 1) in this action under seal because the exhibits contain protected patient health information that could be used to identify the patients referred to in the Complaint. Defendant Cypress Florida represents that pursuant to Local Rule 7.1(B) Plaintiffs' counsel and counsel for Defendant Cypress Health Systems, L.L.C. have been contacted and that neither objects to the requested relief.

Upon due consideration, it is hereby **ORDERED** that:

(1)     Defendant Cypress Health Systems Florida, Inc.'s Unopposed Motion To Seal Exhibits One (1) And Two (2) Of Relator's Complaint (Doc. 32) is

> **GRANTED**.

(2) The Clerk is instructed to place Exhibits 1 and 2 to the Complaint (Doc. 1) in this action under seal.

**DONE AND ORDERED** this 12th day of January, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge