IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
STATE OF FLORIDA, and the
STATE OF MONTANA *ex rel*
ROBERT WATINE, M.D.,

    Plaintiffs,

v.                                           CASE NO. 1:09-cv-00137-SPM-GRJ

CYPRESS HEALTH SYSTEM
FLORIDA, INC., and
CYPRESS HEALTH SYSTEMS, L.L.C.,

    Defendants.
_____ /

## O R D E R

    Pending before the Court is Plaintiff Robert Watine, M.D.'s Unopposed Motion For Enlargement Of Time To Serve Response Memorandum To Cypress Health Systems Florida, Inc.'s Motion To Dismiss Complaint. (Doc. 35.) Plaintiff, Robert Watine, M.D. ("Watine"), requests an extension of time within which to respond to Defendant Cypress Health Systems Florida, Inc.'s Motion To Dismiss Complaint (Doc. 31) until January 31, 2011. Pursuant to Local Rule 7.1(B) Plaintiff Watine represents that counsel for each Defendant has been contacted and that neither Defendant opposes the relief requested in Plaintiff Watine's motion.

    Upon due consideration, it is **ORDERED**:

    (1)    Plaintiff Robert Watine, M.D.'s Unopposed Motion For Enlargement Of Time To Serve Response Memorandum To Cypress Health Systems Florida, Inc.'s Motion To Dismiss Complaint (Doc. 35) is **GRANTED**.

    (2)    Plaintiff Watine shall file his response to Defendant Cypress Health

Systems Florida, Inc.'s Motion To Dismiss Complaint (Doc. 31) on or before **January 31, 2011.**

**DONE AND ORDERED** this 20th day of January, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge