IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, and the STATE OF
MONTANA, *ex rel* ROBERT WATINE, M.D.,

       Plaintiffs,

v.                                                                  CASE NO.: 1:09cv137-SPM

CYPRESS HEALTH SYSTEMS FLORIDA,
INC. and CYPRESS HEALTH SYSTEMS,
L.L.C.,

       Defendants.
_____/

## ORDER EXTENDING TIME TO FILE AMENDED COMPLAINT

Upon consideration, the parties' Joint Motion for Agreed Order Extending Plaintiffs' Time to File Amended Complaint (doc. 82) is granted. Plaintiffs shall have up to and including September 1, 2011, to file the amended complaint.

DONE AND ORDERED this 2nd day of August, 2011.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Senior United States District Judge