IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, and the STATE OF
MONTANA, *ex rel* ROBERT WATINE, M.D.,

      Plaintiffs,

v.                                        CASE NO.: 1:09cv137-SPM

CYPRESS HEALTH SYSTEMS FLORIDA,
INC.,

      Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT

Upon consideration, Defendant Cypress Health Systems Florida, Inc.'s Unopposed Motion for Enlargement of Time to Respond to Amended Complaint (doc. 94) is granted.  Defendants shall have up to and including September 30, 2011, to file a response to the amended complaint.

DONE AND ORDERED this 14th day of September, 2011.

                                                *s/ Stephan P. Mickle*
                                                Stephan P. Mickle
                                                Senior United States District Judge