IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, and the STATE OF
MONTANA, *ex rel* ROBERT WATINE, M.D.,

      Plaintiffs,

v.                                      CASE NO.: 1:09cv137-SPM

CYPRESS HEALTH SYSTEMS FLORIDA,
INC. and ALAN BIRD,

      Defendants.

_____/

## ORDER GRANTING MOTIONS TO EXTEND TIME AND ADOPT

Upon consideration, it is

ORDERED AND ADJUDGED:

1.    Defendant Alan Bird's motion for extension of time (doc 102) and motion to adopt (doc. 106) are granted.  The Court will consider the motion to dismiss (doc. 106) as the response to the complaint by Defendant Bird.  If Defendant Bird wishes to amend his response, he shall have up to and including November 7, 2011 to file an amended response.

2.    Plaintiff's motion for extension of time (doc. 103) is granted. Plaintiff shall have up to and including October 28, 2011, to respond to the

motion to dismiss (doc. 99).

    DONE AND ORDERED this 18th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge