IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
the STATE OF FLORIDA,
ex. rel., ROBERT WATINE, M.D.,

    Plaintiffs,

v.                             Case No. 1:09cv137-SPM-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., and ALAN BIRD,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW

Pending before the Court is the Motion for Leave to Withdraw as Counsel (doc. 121) filed by counsel for Defendant Cypress Health Systems Florida, Inc. Ten days' notice has been provided to Cypress Health Systems Florida, Inc. as required under Northern District of Florida Local Rule 11.1(F). Plaintiff has no objection to the withdrawal. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The motion to withdraw (doc. 121) is granted.

2.    Attorneys Jack Fernandez and Marcus E. Hasbun, and the law firm of Zuckerman Spaeder LLP are granted leave to withdraw and relieved of further

responsibility as attorney of record for Cypress Health Systems Florida, Inc.

      3.     Cypress Health Systems Florida, Inc. shall have up to and including March 16, 2012, to effect the filing of a notice of appearance by a new attorney. All deadlines are stayed in the meantime and the parties will have an opportunity to submit a revised joint discovery plan under Rule 26 after the new attorney makes an appearance.

      4.     As a corporate entity, Cypress Health Systems Florida, Inc. cannot proceed *pro se* and must be represented by an attorney. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985). Failure to file a notice of appearance by a new attorney, as ordered, will result in entry of default against Cypress Health Systems Florida, Inc.

      5.     The clerk shall send a copy of this order by regular mail and by certified mail to Cypress Health Systems Florida Inc., c/o Jerry E. Gillman, Mid Florida Healthcare Holdings, Inc., 125 S.W. 7th Street, Williston, Florida 32696-2403.

      DONE AND ORDERED this 14th day of February, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:09cv137-SPM/GRJ