Please find enclosed my Answer and Defenses to the Amended Complaint in Case Number 1:09CV137-SPM/GRJ. I am pro se and wanted to get this filed as quickly as possible. The attorneys for the Co-Defendant recently withdrew from the case and I do not know who should be served with a copy. Therefore, Co-Defendant is not being served with a copy.

Thank you and if this creates a problem please do not hesitate to contact me at 406-491-3844 or my address on records.

Alan Bird



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, the
STATE OF FLORIDA, and STATE OF
MONTANA, *ex rel.*, ROBERT WATINE,
M.D.,

        Plaintiff,

v.

        Case No. 1:09CV137-SPM/GRJ

Alan Bird

        Defendant.
_____/

## DEFENDANT ALAN BIRD'S ANSWERS AND DEFENSES

Defendant Alan Bird hereby denies all allegations/claims of wrong doing contained in Plaintiffs Complaint.

Defendant Alan Bird hereby affirmatively states that Plaintiff's Complaint fails to state of cause of action upon which relief may be granted.

Defendant Alan Bird would affirmatively state that this action is barred by the statute of limitations.

**WHEREFORE**, Defendant Alan Bird respectfully requests that he be reimbursed for both attorney's fees and associated costs and any other relief this Court deems just and proper.

        _____
        Alan Bird
        829 College Ave.
        Deer Lodge, MT 59722
        406-491-3844



1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy has been furnished this 21st day of February 2012, via U.S. Mail, to Atlee W. Wampler III, Esquire, Wampler Buchanan Walker Chabrow Banciella & Stanley, P.A., 9350 South Dixie Highway, Suite 1500, Miami, Florida 33156, attorney for Plaintiff.

_____
Alan Bird

2

**DEER LODGE**
MEDICAL CENTER
1100 Hollenback Lane
Deer Lodge, MT 59722

CERTIFIED MAIL™

7010 1670 0001 4273 6559

U.S. Distirct Court
C/O Clerk of Court
401 SE 1st Ave Room 243
Gainesville, FL 32601

326015ᴇᴇ35 C001



049J82054815
$05.750
Mailed From 02/22/2012
US POSTAGE
59722

neopost