IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA, and the
STATE OF FLORIDA, and the STATE OF
MONTANA, *ex rel* ROBERT WATINE, M.D.,

        Plaintiffs,

v.                                    CASE NO.: 1:09cv137-SPM

CYPRESS HEALTH SYSTEMS FLORIDA,
INC. and ALAN BIRD,

        Defendants.
_____/

## ORDER LIFTING STAY AND DIRECTING PARTIES
## TO SUBMIT REVISED JOINT REPORT

      Upon consideration of the Notice of Appearance of attorney Carla T.

Reece on behalf of Defendant Cypress Health Systems Florida, Inc., it is

      ORDERED AND ADJUDGED:

      1.     The stay (see doc. 124) is lifted.

      2.     On or before June 25, 2012, the parties shall file a revised Rule 26

joint report in accordance with paragraph 2 of the Amended Initial Scheduling

Order (doc. 44).

      DONE AND ORDERED this 1st day of June, 2012.

                       *s/ Stephan P. Mickle*
                       Stephan P. Mickle
                       Senior United States District Judge