IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,
the STATE OF FLORIDA,
ex. rel., ROBERT WATINE, M.D.,

    Plaintiffs,

v.                                Case No. 1:09cv137-SPM-GRJ

CYPRESS HEALTH SYSTEMS
FLORIDA, INC., and ALAN BIRD,

    Defendants.
_____/

## ORDER ACKNOWLEDGING AUTOMATIC STAY FOR CYPRESS HEALTH

This cause comes before the Court on the Notice of Case under Chapter 11 of the United States Bankruptcy Code and Notice of Automatic Stay (doc. 158) filed by Defendant Cypress Health Systems Florida, Inc. Although the bankruptcy filing effects an automatic stay of this action against Cypress Health Systems Florida, Inc., this case may proceed against Defendant Alan Bird. See United States v. Janke, Case No. 09-14044-CIV, 2009WL2525073 (S.D. Fla. Aug. 17, 2009) (allowing False Claims Act case to proceed against corporate officer despite placement of corporation in receivership); Lynch v. Johns-Manville Sales Corp, 710 F.2d 1194, 1196-98 (6th Cir. 1983) (automatic bankruptcy stay

could not be invoked by co-defendant). Accordingly, it is

ORDERED AND ADJUDGED:

1. This case is stayed as to Defendant Cypress Health Systems Florida, Inc.

2. The case shall proceed against Defendant Alan Bird.

DONE AND ORDERED this 30th day of October, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge