IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:09cv137-SPM/GRJ

UNITED STATES OF AMERICA,
AND THE STATE OF FLORIDA,
*ex rel* ROBERT WATINE, M.D.,

      Plaintiffs,

vs.

CYPRESS HEALTH SYSTEMS
FLORIDA, INC. AND ALAN BIRD,

      Defendants.

_____/

## Plaintiff/Relator's Notice of Pending Settlement Pursuant to Rule 16.2 Of the Local Rules Of the Northern District of Florida

Plaintiff/Relator Robert Watine, M.D. ("Plaintiff"), pursuant to Rule 16.2 of the Local Rules of the United States District Court for the Northern District of Florida, hereby notifies this Honorable Court of a pending settlement which will result in the dismissal of the case and in support thereof states as follows:

1.    On October 10, 2012, Defendant Cypress Health Systems Florida Inc. ("Cypress Health") noticed this Court that it had filed bankruptcy a few days earlier. October 30, 2012, this Court entered an order staying proceedings against Defendant Cypress Health, allowing proceedings to continue against Defendant Alan Bird. In light of the bankruptcy of Defendant Cypress Health and after evaluating additional financial information, Plaintiff has negotiated a dismissal of this case with both of the defendants with each party to bear their own attorneys' fees and costs.

2. Plaintiff has consulted with United States Department of Justice US Attorney's Office of the Northern District of Florida. Pursuant to the Department of Justice policy, the recommended dismissal has been forwarded to the appropriate officials in "Main Justice". The parties are waiting for the authorization to dismiss from Main Justice at this time.

3. Plaintiff has also consulted with the Assistant Attorney General representing the State of Florida who has also forwarded the settlement/dismissal to the appropriate officials within the State of Florida. The parties are waiting for the authorization to dismiss from the State of Florida at this time.

4. Because of upcoming deadlines including but not limited to that fact discovery is to be completed later this week, Plaintiff wishes to inform the Court that it anticipates filing a formal notice of dismissal in the next week or two as soon as Main Justice and State of Florida authorizations are received.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Atlee W. Wampler III, Esq.
Atlee W. Wampler III, Esq.
(FL Bar No: 0311227)
Email: awampler@wbwcb.com
Joseph R. Buchanan, Esq.
(FL Bar No: 0306762)
Email: jbuchanan@wbwcb.com

WAMPLER BUCHANAN WALKER CHABROW BANCIELLA & STANLEY, P.A.
9350 South Dixie Highway, Suite 1500
Miami, Florida 33156
Telephone: 305-577-0044
Facsimile: 305-577-8545
*Attorneys for Plaintiff/Relator Robert Watine, M.D.*

## SERVICE LIST

Charles A. Postler, Esq.
Cpostler@srbp.com
Elena Paras Ketchum
eketchum@srbp.com
STRICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
Tel: (813) 229-0144
Fax: (813) 229-1811
*Attorneys for Debtor*
(Via CM/ECF)

John Paul Holsonback, Esq.
kkeller@holsonbacklaw.com
HOLSONBACK PA
400 North Ashley Drive
Suite 1500
Tampa, Florida 33602
Tel: (813) 229-9119
Fax: (813) 221-8396
*Attorney for Defendant Alan George Bird*
(Via CM/ECF)

Brian Hunter, Esq.
Brian.Hunter@myfloridalegal.com
Assistant Attorney General
Office of Attorney General
STATE OF FLORIDA
The Capitol PL-01
Tallahassee, Florida 32399-1050
(Via U.S. Postal Service, First Class Mail, Postage Prepaid)

Benjamin W. Beard, Esq.
benjamin.beard@usdoj.gov
Leah Butler, Esq.
leah.butler@usdoj.gov
Assistant United States Attorney
UNITED STATES DEPARTMENT OF JUSTICE
21 East Garden Street
Pensacola, Florida 32501
Tel: (850)-444-4000
(Via CM/ECF)

Atlee W. Wampler III, Esq.
awampler@wbwcb.com
Joseph R. Buchanan, Esq.
Jbuchanan@wbwcb.com
WAMPLER BUCHANAN WALKER CHABROW BANCIELLA & STANLEY, P.A.
9350 South Dixie Highway, Suite 1500
Miami, Florida 33156
Tel: (305) 577-0044; Fax: (305 (577-8545
*Attorneys for Plaintiff Robert Watine, M.D.*
(Via CM/ECF)