IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO. 1:09cv137-SPM/GRJ

UNITED STATES OF AMERICA,
AND THE STATE OF FLORIDA,
*ex rel* ROBERT WATINE, M.D.,

      Plaintiffs,

vs.

CYPRESS HEALTH SYSTEMS
FLORIDA, INC. AND ALAN BIRD,

      Defendants.
_____/

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, United States of America, and the State of Florida, *ex rel.* Relator, Robert Watine, M.D. ("Watine") pursuant to Rule 41(a)(1)(A)(ii) having filed a Stipulation of Dismissal signed by all parties who have appeared in this action hereby dismiss this action with each party bearing its own costs and attorneys' fees, and all parties acknowledging that no financial consideration has been, nor will be, paid to dismiss the case. This Stipulation of Dismissal may be executed in counterparts, each of which constitutes an original and all of which constitute one and the same Stipulation of Dismissal. Facsimiles of signatures, scanned original signatures, and/or electronic signatures shall constitute acceptable binding signatures for purposes of this Stipulation of Dismissal.

DATED: December 5th, 2012.

*Attorneys for the United States of America*

*[signature]*
Benjamin W. Beard, Esq.
benjamin.beard@usdoj.gov
Leah Butler, Esq.
leah.butler@usdoj.gov
Assistant United States Attorney
UNITED STATES DEPARTMENT OF JUSTICE
21 East Garden Street
Pensacola, Florida 32501
Tel: (850)-444-4000

*Attorneys for the State of Florida*

*[signature]*
Brian Hunter, Esq.
Brian.Hunter@myfloridalegal.com
Assistant Attorney General
OFFICE OF ATTORNEY GENERAL
The Capitol PL-01
Tallahassee, FL 32399-1050

*Attorneys for Plaintiff/Relator Robert Watine, M.D.*

*[signature]*
Atlee W. Wampler III, Esq.
(FL Bar No: 0311227)
Email: awampler@wbwcb.com
Joseph R. Buchanan, Esq.
(FL Bar No: 0306762)
Email: jbuchanan@wbwcb.com
WAMPLER BUCHANAN WALKER CHABROW BANCIELLA & STANLEY, P.A.
9350 South Dixie Highway, Suite 1500
Miami, Florida 33156
Phone: 305-577-0044/Fax: 305-577-8545

*Attorneys for Cypress Health Systems Florida, Inc.*

*(signature)*

Charles A. Postler, Esq.
Cpostler@srbp.com
Elena Paras Ketchum
eketchum@srbp.com
STRICHTER, RIEDEL, BLAIN & PROSSER, P.A.
110 Madison Street, Suite 200
Tampa, Florida 33602
Tel: (813) 229-0144
Fax: (813) 229-1811

*Attorney for Defendant Alan George Bird*

*(signature)*

John Paul Holsonback, Esq.
kkeller@holsonbacklaw.com
HOLSONBACK PA
400 North Ashley Drive, Suite 1500
Tampa, Florida 33602
Tel: (813) 229-9119; Fax: (813) 221-8396